Justice CASTILLE joins this concurring opinion.

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Joel Solomon ROBBINS, Respondent.

## No. 821 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 7, 2003.

### ORDER

PER CURIAM:

AND NOW, this 7th day of March, 2003, there having been filed with this Court by Joel Solomon Robbins his verified Statement of Resignation dated January 14, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Joel Solomon Robbins be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the

---

1. Our decision in *Eller* affirmed that the plain language of the PCRA must apply "irrespective of whether appellant sought extra-PCRA review before or after the decision in *Lantzy* was announced." *Id.* at 842. Thus, contrary to the majority's statement (Majority Opinion at 482), it is irrelevant that Hernandez filed his petition prior to our decision in *Lantzy*.

provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.